# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Lance Posner, et al.,

     Plaintiffs

v.

U.S. Bank National Association,

     Defendant

Case No.: 2:19-cv-00472-JAD-VCF

**Order Granting Emergency Motion for Temporary Restraining Order and Setting Hearing on Motion for a Preliminary Injunction**

[ECF No. 8]

On the application of plaintiffs Lance and Eva Posner and good cause appearing, IT IS HEREBY ORDERED that plaintiffs' amended ex parte emergency motion for a temporary restraining order **[ECF No. 8] is GRANTED.** The court finds that the plaintiffs are likely to be irreparably harmed if the foreclosure sale of their real property is conducted before the parties can be heard on the Posners' motion for a preliminary injunction.[1]

IT IS FURTHER ORDERED that defendant U.S. Bank National Association and its officers, agents, servants, employees, and attorneys, and others in active concert or participation with them are **RESTRAINED** from proceeding with the foreclosure sale of real property known as 2293 Buckingham Court, Henderson, Nevada. **This restraint will expire at 5 p.m. on Friday, April 5, 2019, absent further order of the court. Plaintiffs' counsel must immediately serve a copy of this order and the motions for temporary restraining order and preliminary injunction[2] on the defendant; defendant has until 5 p.m. on Wednesday, April 3, 2019, to file its response to the motion for preliminary injunction [ECF No. 7].**

---

[1] ECF No. 7.

[2] ECF Nos. 7, 8.

IT IS FURTHER ORDERED that the motion for preliminary injunction **[ECF No. 7] will be heard** in Courtroom 6D of the Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada 89101, **at 2:00 p.m. on Friday, April 5, 2019.**

IT IS FURTHER ORDERED that **the Clerk of Court is directed to unseal or otherwise remove the Ex Parte notation** from the Motion for Temporary Restraining Order [ECF No. 8] because there is no valid basis for the document to be considered on an ex parte basis.

Dated: March 27, 2019

_____

U.S. District Judge Jennifer A. Dorsey