ROBERT W. LUECK, ESQ.
Nevada Bar No. 001489
617 Hoover Avenue
Las Vegas, NV 89101
Phone: (702) 385-7385
Fax: (702) 385-3225
Email: Luecklawcenter@yahoo.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE POSNER,,et al. )<br>)<br>    Plaintiff(s), )<br>)<br>vs. )<br>)<br>U.S. BANK NATIONAL ASSOCIATION; )<br>)<br>)<br>    Defendant(s). )<br>) | 2:19-cv-00472-JAD-VCF<br><br><br><br>ECF No. 21 |

**STIPULATION TO EXTEND TIME FOR FILING OPPOSITION
TO MOTIONS TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND TO
EXPUNGE LIS PENDENS (#s 16 & 17)**

It is hereby stipulated between counsel for the respective parties that the plaintiffs shall have an extension of time to and including Friday, May 3, 2019 within which to file oppositions to the Motion to Dismiss Plaintiffs' Amended Complaint and to Expunge Lis Pendens (#16) filed on April 9, 2019 and Motion to Dismiss Plaintiffs' Amended Complaint and to Expunge Lis Pendens (#17) filed on April 9, 2019 on behalf of US Bank.

    The extension is requested as the counsel for the plaintiffs has to be out of town due to a family medical emergency.

    It is further stipulated that the counsel for the defendant shall have twenty-one (21) days from the date of the filing of the plaintiffs' opposition to the motions in which to file their reply.

| | |
|---|---|
| 1 | DATED this 15th day of April, 2019. |
| 2 | Respectfully Submitted, |
| 3 | |
| 4 | /s/Robert W. Lueck<br>ROBERT W. LUECK, ESQ.<br>Nevada Bar No. 001489 |
| 5 | Attorney for Plaintiffs |

Wright, Finlay and Zak, LLP
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117


By /s/ Krista J. Nielson
   Krista J. Nielson, Esq
   Counsel for US Bank.


Robert W. Lueck, Esq.
Nevada Bar No. 001489
617 Hoover Avenue
Las Vegas, NV 89101


By: /s/ Rpbert W. Lueck
   Robert W. Lueck, Esq.

(Electronic signatures added after permission given by counsel)

## ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that the deadline to respond to the motions to dismiss and expunge the lis pendens [ECF Nos. 16, 17] is extended to May 3, 2019; the deadline for replies in support of these motions is extended to May 24, 2019.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 19, 2019