WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Defendant, U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE1, Mortgage Pass Through Certificates, Series 2006-HE1 (erroneously named "U.S. Bank National Association")*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE POSNER and EVA POSNER, | Case No.: 2:19-cv-00472-JAD-VCF |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND TO EXPUNGE LIS PENDENS** |
| U.S. BANK NATIONAL ASSOCIATION, | |
| Defendant. | |
| | **(Second Request)** |

Defendant, U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE1, Mortgage Pass Through Certificates, Series 2006-HE1 ("U.S. Bank"), and Plaintiffs, Lance Posner and Eva Posner ("Plaintiffs") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On April 9, 2019, U.S. Bank filed its Motion to Dismiss Plaintiffs' Amended Complaint and to Expunge Lis Pendens [ECF Nos. 16-17] ("Motion"). Plaintiffs' opposed U.S. Bank's Motion on May 3, 2019 [ECF Nos. 24-25].

In the Stipulation to Extend Time for Filing Opposition to Motions to Dismiss Plaintiffs' Amended Complaint and to Expunge Lis Pendens [ECF No. 21], the Parties agreed U.S. Bank would have 21 days to file its Reply in support of the Motion. Accordingly, U.S. Bank's Reply in support of its Motion is due by May 24, 2019.

Due to the recent illness of U.S. Bank's counsel, resulting in a lack of time to prepare the Reply, the Parties have discussed extending the deadline for U.S. Bank to file its Reply in support of the Motion by another two weeks to June 7, 2019. This is the second stipulation for extension of time of the deadline for U.S. Bank to file a Reply in support of its Motion. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for U.S. Bank to file a Reply in support of its Motion to Dismiss Plaintiffs' Amended Complaint and to Expunge Lis Pendens [ECF Nos. 16-17] shall be extended to June 7, 2019.

DATED this 22nd day of May, 2019.          DATED this 22nd day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson, Esq.*                          */s/ Robert W. Lueck, Esq.*

R. Samuel Ehlers, Esq.                             Robert W. Lueck, Esq.
Nevada Bar No. 9313                               Nevada Bar No. 01489
Krista J. Nielson, Esq.                               617 Hoover Avenue
Nevada Bar No. 10698                             Las Vegas, NV 89101
7785 W. Sahara Avenue, Suite 200         *Attorney for Plaintiffs, Lance Posner and*
Las Vegas, Nevada 89117                       *Eva Posner*
*Attorneys for Defendant, U.S. Bank National*
*Association, as Trustee for MASTR Asset*
*Backed Securities Trust 2006-HE1, Mortgage*
*Pass Through Certificates, Series 2006-HE*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 24, 2019.