WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Defendant, U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE1, Mortgage Pass Through Certificates, Series 2006-HE1 (erroneously named "U.S. Bank National Association")*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE POSNER and EVA POSNER,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendant. | Case No.: 2:19-cv-00472-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO SET ASIDE ORDER FOR DISMISSAL [ECF 33]**<br><br>**[FIRST REQUEST]** |

Defendant, U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE1, Mortgage Pass Through Certificates, Series 2006-HE1 ("U.S. Bank"), and Plaintiffs, Lance Posner and Eva Posner ("Plaintiffs") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On April 3, 2020, Plaintiffs filed their Motion to set aside Order for Dismissal [ECF 33] ("Motion").

2. U.S. Bank's deadline to file its Opposition to Plaintiffs' Motion is April 17, 2020.

3. U.S. Bank's counsel is requesting an additional fourteen (14) days to file its response to Plaintiffs' Motion, and thus requests up to May 1, 2020, to file its Opposition;

4. This extension is requested due to the effects of the COVID-19 pandemic.

5. Counsel for Plaintiffs does not oppose the extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 13th day of April, 2020.

WRIGHT, FINLAY & ZAK, LLP

/s/ Robert A. Riether
Christina V. Miller, Esq.
Nevada Bar No. 12448
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendant, U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE1, Mortgage Pass Through Certificates, Series 2006-HE*

DATED this 13th day of April, 2020.

/s/ Robert W. Lueck
Robert W. Lueck, Esq.
Nevada Bar No. 01489
617 Hoover Avenue
Las Vegas, NV 89101
*Attorney for Plaintiffs, Lance Posner and Eva Posner*

**ORDER**

**IT IS SO ORDERED.**

Dated: April 13, 2020.

_____
UNITED STATES DISTRICT JUDGE