WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Defendant, U.S. Bank National Association, as Trustee for MASTR Asset Backed
Securities Trust 2006-HE1, Mortgage Pass Through Certificates, Series 2006-HE1 (erroneously
named "U.S. Bank National Association")*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE POSNER and EVA POSNER, | Case No.:   2:19-cv-00472-JAD-VCF |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO SET ASIDE ORDER FOR DISMISSAL [ECF 33]** |
| U.S. BANK NATIONAL ASSOCIATION, | |
| Defendant. | **[SECOND REQUEST]** |

Defendant, U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE1, Mortgage Pass Through Certificates, Series 2006-HE1 ("U.S. Bank"), and Plaintiffs, Lance Posner and Eva Posner ("Plaintiffs") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On April 3, 2020, Plaintiffs filed their Motion to set aside Order for Dismissal [ECF 33] ("Motion");

2. U.S. Bank's deadline to file its Opposition to Plaintiffs' Motion was to be April 17, 2020;

3. On April 13, 2020, Parties agreed to and filed a Stipulation and Order to Extend Time to Respond to Plaintiffs' Motion to set Aside Order for Dismissal [ECF 33] [ECF 37];

4. On April 13, 2020, this Court filed its Order Granting Stipulation and Order to Extend Time to Respond to Plaintiffs' Motion to set Aside Order for Dismissal [ECF 33] [ECF 38];

5. Consequently, in connection with the aforementioned stipulation, U.S. Bank's current deadline to file its Opposition to Plaintiffs' Motion is May 1, 2020;

6. U.S. Bank's counsel is requesting an additional fourteen (14) days to file its response to Plaintiffs' Motion, and thus requests up to **May 15, 2020**, to file its Opposition;

7. This extension is requested due to 1) the effects of the COVID-19 pandemic and 2) to allow the parties to conserve resources given ongoing settlement discussions.

8. Counsel for Plaintiffs does not oppose the extension;

///

///

///

///

///

///

///

///

///

///

///

///

///

9. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 28th day of April, 2020.                DATED this 28th day of April, 2020.

WRIGHT, FINLAY & ZAK, LLP

/s/ Robert A. Riether                                         /s/ Robert w. Lueck
_____                                  _____
Christina V. Miller, Esq.                                     Robert W. Lueck, Esq.
Nevada Bar No. 12448                                          Nevada Bar No. 01489
Robert A. Riether, Esq.                                       617 Hoover Avenue
Nevada Bar No. 12076                                          Las Vegas, NV 89101
7785 W. Sahara Avenue, Suite 200                             *Attorney for Plaintiffs, Lance Posner and*
Las Vegas, Nevada 89117                                      *Eva Posner*
*Attorneys for Defendant, U.S. Bank National*
*Association, as Trustee for MASTR Asset*
*Backed Securities Trust 2006-HE1, Mortgage*
*Pass Through Certificates, Series 2006-HE*

## <u>ORDER</u>

**IT IS SO ORDERED.**

Dated: April 28, 2020.

_____
UNITED STATES DISTRICT JUDGE