ROBERT W. LUECK, ESQ.
Nevada Bar No. 001489
617 Hoover Avenue
Las Vegas, NV 89101
Phone:  (702) 385-7385
Fax:     (702) 385-3225
Email: Luecklawcenter@yahoo.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE POSNER,,et al. | |
| Plaintiff(s), | 2:19-cv-00472-JAD-VCF |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION; | **ORDER** |
| Defendant(s). | |

_____

**STIPULATION TO EXTEND TIME FOR FILING REPLY
TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE ORDER
FOR DISMISSAL (ECF NO. 33)**

Pursuant to LR 1A, plaintiff's motion was filed on April 3, 2020.  The opposition was filed on May 15, 2020 after multiple extensions were granted by mutual agreement.

It is hereby stipulated between counsel for the respective parties that the plaintiffs shall have an extension of time to and including Friday, June 12, 2020, within which to file a reply  to the Defendant's Opposition to Plaintiff's Motion to Set Aside Order for Dismissal (ECF No. 33) , ECF #41 filed on May 15, 2020.

This extension is requested because counsel for the plaintiff will be out of state for a few days due to a close family member's serious medical condition. Further, the Governor of Nevada has issued a moratorium on foreclosures during the pandemic

1

crisis and defendant cannot be prejudiced by this extension.

DATED this 28th day of May, 2020.

 /s/Robert W. Lueck                             /s/ Robert A. Riether
ROBERT W. LUECK, ESQ.                ROBERT A. RIETHER Bar #12076
Nevada Bar No. 001489                     Wright, Finley and Zak, LLP
Attorney for Plaintiffs                           Counsel for US Bank

(Electronic signatures added after permission given by counsel)

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 28, 2020.

2